UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

        -against-

                                              Cr. Docket 26-7 (RPK) (PK)

RENAT ABRAMOV,

                          Defendant.
-----------------------------------------------------------X

## CONSENT TO HAVE A PLEA TAKEN
## BEFORE A UNITED STATES MAGISTRATE JUDGE

      The United States Magistrate Judge has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

      After having discussed this matter fully with my counsel, I hereby consent to enter my plea before a Magistrate Judge.

_____
Defendant

_____
United States Attorney
By AUSA

_____
Defendant's Attorney

Dated:  Brooklyn, New York
          February 3, 2026

*Peggy Kuo*

_____
Peggy Kuo
United States Magistrate Judge
Eastern District of New York